# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kenneth Nimley, | :<br>:<br>: Civil Action No.: 1:09-cv-11436<br>: |
| Plaintiff, | : |
| v. | : |
| Trauner, Cohen and Thomas LLP, | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITHOUT PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

    Plaintiff, Kenneth Nimley, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: April 16, 2010

                                                Respectfully submitted,

                                                By: /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                BBO #: 650671
                                                Lemberg & Associates L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (877) 795-3666
                                                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 16, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system:

                                        By:  /s/ Sergey Lemberg
                                               Sergei Lemberg